Neil M. Alexander; AZ Bar No. 020757
nalexander@littler.com
Laurent R.G. Badoux; AZ Bar No. 020753
lbadoux@littler.com
Kristy L. Peters; AZ Bar No. 024756
kpeters@littler.com
LITTLER MENDELSON.
A Professional Corporation
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: 602.474.3600
Facsimile: 602.957.1801

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikki J. Parker, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>McCarville Law Offices, PLC, an Arizona professional limited liability company; David A. McCarville, an individual,<br><br>  Defendants. | Case No. CV 10-304-PHX-NVW<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO STRIKE ANSWER AND REQUEST BRIEFING BE HELD IN ABEYANCE** |

Defendants McCarville Law Offices, PLC and David A. McCarville (collectively, "Defendants") hereby respond to Plaintiff Nikki Parker's Motion to Strike Answer ("Motion") and request that briefing be held in abeyance.

**I.   PROCEDURAL BACKGROUND**

Plaintiff filed and served her First Amended Complaint on March 17, 2010. (Doc. 11). Upon agreement by the parties, Defendants' responsive pleading was due on April 15, 2010. (Motion, p. 2). On April 16, 2010, Plaintiff moved for default judgment, and the Clerk of Court entered default on April 19, 2010. (Docs. 14, 17). On April 20, 2010, Defendants filed their Answer to Plaintiff's Amended Complaint. (Doc. 20). Within hours,

LITTLER MENDELSON
A Professional Corporation
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

Plaintiff filed this Motion. (Doc. 21). On April 26, 2010, Defendants filed a Motion to Set Aside Default Judgment. (Doc. 26). The Motion to Set Aside Default Judgment is currently pending with the Court.

## II. REQUEST THAT BRIEFING BE HELD IN ABEYANCE

Plaintiff's argument for striking Defendants' Answer was that "Defendants cannot be permitted to file an Answer without first seeking relief from the entry of default pursuant to Rule 55(c)." (Motion, p. 1). On April 26, 2010, Defendants did seek relief from the entry of default pursuant to Rules 55(c) and 60(b). If the Court grants Defendants' Motion to Set Aside the Default Judgment, Plaintiff's basis for filing this Motion will be moot. Therefore, Defendants request that the briefing for Plaintiff's Motion be held in abeyance until after the Court rules on Defendants' Motion to Set Aside Default Judgment. If the default judgment is set aside, Defendants are willing to re-file their Answer upon the Court's request.

## III. CONCLUSION

For the foregoing reasons, Defendants request that that briefing on Plaintiff's Motion be held in abeyance until after the Court rules on Defendants Motion to Set Aside Default Judgment, in order to determine if the Motion is moot.

DATED this 3rd day of May, 2010.

*s/ Laurent R.G. Badoux*
Neil M. Alexander
Laurent R.G. Badoux
Kristy L. Peters
LITTLER MENDELSON., P.C.
Attorneys for Defendants

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 3rd day of May, 2010:

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

Peter Strojnik, Esq.
Peter Strojnik, PC
3030 N. Central Avenue
Suite 1401
Phoenix, Arizona 8012

Peter Kristofer Strojnik
The Strojnik Firm LLC
3030 N Central Ave
Ste 1401
Phoenix, AZ 85012

Attorneys for Plaintiff

*s/ Linda Bullis*

Firmwide:95148153.1 065064.1001

LITTLER MENDELSON
A Professional Corporation
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600