**THE STROJNIK FIRM LLC**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
strojnik@skplaw.com
Attorney for Plaintiff Nikki J. Parker

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| NIKKI J. PARKER, an individual, | NO. 2:10-cv-0304-PHX-NVW |
| Plaintiff, | **REPLY TO RESPONSE TO MOTION TO STRIKE ANSWER** |
| vs. | |
| MCCARVILLE LAW OFFICES, PLC, an Arizona Professional Limited Liability Company; DAVID A. MCCARVILLE, an individual, | |
| Defendants. | |

**REPLY**

Plaintiff Nikki J. Parker, by and through undersigned counsel, hereby submits her Reply to Defendants' Response to Plaintiff's Motion to Strike Answer. In Defendants' Response, they offer <u>no legal authority in support</u>. Plaintiff's Motion should be granted because this District has already held "[b]ecause default has been entered in [a] matter, Defendants untimely Answer must be stricken from the record. Therefore, Plaintiff's Motion to Strike must be granted as a matter of law." *Airea 5150, Inc. v. 5150 Customs*, No. 05-cv-1972-PHX-SMM (D. Ariz. 09/08/2005). Defendants still have not obtained relief from this Court permitting them to file an Answer as required by Rule 55(c) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff respectfully requests Defendants' Answer be stricken from the record as matter of law.

RESPECTFULLY SUBMITTED this 10th Day of May, 2010.

**THE STROJNIK FIRM LLC**

Peter Kristofer Strojnik
3030 North Central Avenue
Suite 1401
Phoenix, Arizona 85012
Attorney for Plaintiff Nikki Parker