**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| NIKKI J. PARKER, an individual, | ) | NO. 2:10-cv-0304-PHX-NVW |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| MCCARVILLE LAW OFFICES, PLC, an Arizona Professional Limited Liability Company; DAVID A. MCCARVILLE, an individual, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Upon Motion and good cause shown,

IT IS HEREBY ORDERED granting Plaintiff's Motion to Enforce Settlement Agreement and Request for Sanctions. Not later than April 26, 2011, Defendants are directed to draft and sign a written settlement agreement that accurately and specifically reflects the terms of the oral open-court agreement entered into on April 5, 2011. Sanctions are awarded to Plaintiff and against Defendants and their counsel in the amount of $1,750.00.

DATED this _____ Day of April, 2011.

_____
Judge of the U.S. District Court

-1-