**THE STROJNIK FIRM LLC**
**ATTORNEYS AT LAW**
**SUITE 1401**
**3030 North Central Avenue**
**Phoenix, Arizona 85012**
**(602) 297-3019**

Peter Kristofer Strojnik AZBN 026082 CABN 242728
strojnik@skplaw.com
Attorney for Plaintiff Nikki J. Parker

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| NIKKI J. PARKER, an individual, | NO. 2:10-cv-0304-PHX-NVW |
| Plaintiff, | **NOTICE OF DEFENDANTS' VIOLATION OF DOC. 71 ORDER AND REQUEST TO HOLD DEFENDANTS AND THEIR COUNSEL IN CONTEMPT** |
| vs. | |
| MCCARVILLE LAW OFFICES, PLC, an Arizona Professional Limited Liability Company; DAVID A. MCCARVILLE, an individual, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Defendants McCarville Law Offices, PLC and David A. McCarville, by and through their counsel of record, have violated this Honorable Court's Doc. 71 Order requiring the Parties to sign a written settlement agreement by April 26, 2011 accurately reflecting the open court settlement terms recited on April 5, 2011. Defendants have not produced a written agreement, as promised in open court, reciting the open court settlement terms.

NOTICE IS FURTHER GIVEN that after Plaintiff's Doc. 73 Motion to Enforce Settlement Agreement was fully briefed, the Honorable Magistrate Judge David K. Duncan ("Settlement Conference Judge") offered his observations on the fully briefed Motion to

-1-

Enforce in his capacity as Settlement Conference Judge in order to facilitate the settlement. In an attempt to compromise and to facilitate compliance with the Doc. 71 Order, Plaintiff accepted Judge Duncan's observations and requested Defendants to draft the written agreement with said compromises, which Defendants had previously promised to do in open court.

> Dear All:
>
> I thank Hos Honor for offering his observations. I will honor them and agree to split 50/50 as wages even though only one count was the FLSA claim, a 10-day grace, and abide by Judge Duncan's other observations. Kristy and Laurent, can you send me something reflecting that. Thank you, Your Honor, for your guidance.
>
> Peter
> Sent from my Verizon Wireless Blackberry

See, Exhibit 1 (Counsel e-mail). Defendants did not respond. See, Exhibit 2 (Declaration of Counsel).

Plaintiff further requests that Defendants and their counsel be held in contempt of court and be commanded to sign a written settlement agreement accurately reflecting the open court terms. See generally, Davies v. Grossmont Union High School Dist., 930 F.2d 1390 (9th Cir. 1991); see also, TNT Marketing, Inc. v. Argesti, 796 F.2d 276, 278 (9th Cir. 1986) (district court may enforce a settlement agreement "in contempt proceedings for violation of a court order approving the settlement and commanding or enjoining particular conduct"). Defendants, through their counsel, have thumbed their nose both at the open court settlement terms and Plaintiff's acceptance of Judge Duncan's observations in the spirit of compromise. Since Defendants have not at least accepted Plaintiff's compromise and seemingly do not accept Judge Duncan's observations, they should be held in contempt and commanded to draft and sign a written settlement agreement reflecting the open court terms. A proposed form of Order is attached as Exhibit 3.

RESPECTFULLY SUBMITTED this 27th Day of April, 2011.

**THE STROJNIK FIRM L.L.C.**

*/s/ Peter Kristofer Strojnik*
Peter Kristofer Strojnik
Bank of America Tower
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Attorney for Plaintiff Nikki Parker

Copy also directed this 27th Day of April, 2011 to:

The Honorable Magistrate Judge David K. Duncan
Via e-mail: duncan_chambers@azd.uscourts.gov

*/s/ Peter Kristofer Strojnik*

-3-