Print | Close Window

**Subject:** Re: Parker v. McCarville
**From:** "Peter Strojnik" <strojnik@skplaw.com>
**Date:** Fri, Apr 22, 2011 6:17 pm
**To:** David_Duncan@azd.uscourts.gov, nalexander@littler.co, ._lbadoux@littler.com, kpeters@littler.com
**Cc:** parkerparalegal@live.com, .strojnik@aol.com

Dear All:

I thank Hos Honor for offering his observations. I will honor them and agree to split 50/50 as wages even though only one count was the FLSA claim, a 10-day grace, and abide by Judge Duncan's other observations. Kristy and Laurent, can you send me something reflecting that. Thank you, Your Honor, for your guidance.

Peter
Sent from my Verizon Wireless Blackberry

-----Original Message-----
From: David_Duncan@azd.uscourts.gov
Date: Fri, 22 Apr 2011 18:09:50
To: <strojnik@skplaw.com>; <nalexander@littler.co>; <._lbadoux@littler.com>; <kpeters@littler.com>
Subject: Parker v. McCarville