**THE STROJNIK FIRM LLC**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
strojnik@skplaw.com
Attorney for Plaintiff Nikki J. Parker

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| NIKKI J. PARKER, an individual, ) | NO. 2:10-cv-0304-PHX-NVW |
| ) | |
| Plaintiff, ) | **DECLARATION OF COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| MCCARVILLE LAW OFFICES, PLC, an ) | |
| Arizona Professional Limited Liability ) | |
| Company; DAVID A. MCCARVILLE, an ) | |
| individual, ) | |
| ) | |
| Defendants. ) | |

I, Peter Kristofer Strojnik, declare under the penalty of perjury under the laws of the State of Arizona the following:

1. My name is Peter Kristofer Strojnik. I am an attorney licensed to practice law in all federal and state courts in the States of Arizona and California.

2. I am counsel of record for Plaintiff Nikki J. Parker in the matter of Parker v. McCarville Law Offices, PLC et al., District of Arizona Cause No. 2:10-cv-304 ("Litigation").

3. On April 5, 2011 at settlement conference in front of the Honorable Magistrate Judge David K. Duncan, the Parties agreed to settle the Litigation on specific terms in open court. Due to confidentiality, the Court ordered the terms of the Agreement sealed.

-1-

4. The Court issued Doc. 71 Order, which required the parties to enter into a written settlement agreement accurately reflecting the open court agreement not later than April 26, 2011, and to file a Stipulation of Dismissal not later than April 29, 2011.

5. Defendants insisted on a number of terms that were not included in the open court Settlement. As a result, I filed on behalf of my client a Motion to Enforce the Settlement Agreement (Doc. 73).

6. After the Motion was fully briefed, the Honorable Magistrate Judge David K. Duncan offered his observations in a continued attempt to facilitate the settlement. On behalf of my client in a responsive e-mail to Judge Duncan and Defendants' counsel, I accepted Judge Duncan's observations and requested Defendants to draft a settlement agreement reflecting said compromises.

7. Defendants did not respond to my spirit of compromise, and to my knowledge, they did not respond to Judge Duncan.

8. The above is true and correct under the penalty of perjury under the laws of the State of Arizona.

FURTHER THE DECLARANT SAYETH NAUGHT.

DATED this 27th Day of April, 2011.

>*/s/ Peter Kristofer Strojnik*
> Peter Kristofer Strojnik

-2-