**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| NIKKI J. PARKER, an individual, ) | NO. 2:10-cv-0304-PHX-NVW |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER** |
| ) | |
| vs. ) | |
| ) | |
| MCCARVILLE LAW OFFICES, PLC, an ) | |
| Arizona Professional Limited Liability ) | |
| Company; DAVID A. MCCARVILLE, an ) | |
| individual, ) | |
| ) | |
| Defendants. ) | |

Upon good cause shown,

IT IS HEREBY ORDERED that Defendants and their counsel are in violation of this Court's Doc. 71 Order. Defendants are in contempt of this Court and are commanded to draft and sign a written agreement accurately and specifically reciting the terms of the settlement agreement entered in open court on April 5, 2011.

DATED this _____ day of _____, 2011.

_____
Judge of the U.S. District Court

-1-