IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MATTER - GENERAL

Phoenix/Prescott Division

Case No.:  CIV 10-0304-PHX-JRG            DATE:  May 3, 2011

Title:  Parker v. McCarville Law Offices, PLC, et al.

---

HONORABLE DAVID K. DUNCAN (70BL)

Deputy Clerk:            A. Herrera
Court Reporter/ECR:      N/A

**APPEARANCES:**
Peter Strojnik for Plaintiff
Kristy Peters and Laurent Badoux for Defendant

---

PROCEEDINGS:    _____ Open Court    _X_ Chambers    _____ Other

Further discussions regarding settlement with counsel between April 21-29, 2011.


Time:  1 hr.