Peter Strojnik, Esq.
strojnik@aol.com
PETER STROJNIK, PC
3030 N. Central Avenue, Suite 1401
Phoenix, Arizona 8012
Telephone:    602.297.3019
Facsimile:    602.296.0135

Peter Kristofer Strojnik, AZ Bar No. 026082; CA Bar No. 242728
strojnik@skplaw.com
THE STROJNIK FIRM LLC
3030 N Central Ave, Ste 1401
Phoenix, AZ 85012
Telephone:    408.655.0984
Facsimile:    602.264.1441
Attorneys for Plaintiff

Neil M. Alexander; AZ Bar No. 020757
nalexander@littler.com
Laurent R.G. Badoux; AZ Bar No. 020753
lbadoux@littler.com
Kristy L. Peters, AZ Bar No. 024756
kpeters@littler.com
LITTLER MENDELSON
A Professional Corporation
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:    602.474.3600
Facsimile:    602.957.1801

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikki J. Parker, an individual,<br><br>Plaintiff,<br><br>v.<br><br>McCarville Law Offices, PLC, an Arizona professional limited liability company;<br>David A. McCarville, an individual,<br><br>Defendants. | Case No. CV 10-304-PHX-JRG<br><br>**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

Plaintiff Nikki Parker and Defendants McCarville Law Offices, PLC and David McCarville ("Defendants"), move this Court to review the Parties' Confidential Settlement Agreement and Release (the "Agreement") and for an Order approving the Agreement as fair and reasonable. Upon approval, the Parties also move the Court to dismiss this lawsuit, with prejudice. In support of this Motion, the Parties stipulate as follows:

1.     This matter concerns a claim by Plaintiff that she is entitled to unpaid overtime wages under the Fair Labor Standards Act ("FLSA"), as well as other state law claims.

2.     Defendants deny any liability toward Plaintiff.

3.     The parties, through their counsel and designated representatives, reached a compromise to resolve this action, including attorneys' fees for Plaintiff, pursuant to the terms set forth in the Confidential Settlement Agreement and Release ("Agreement"). The parties hereby move the Court for leave to file the Agreement under seal. A copy of the Agreement, submitted under seal, is attached. The Agreement provides for a specific settlement amount to be paid to Plaintiff and an amount to be paid to her attorneys. The Agreement also includes a release of all wage-related claims by Plaintiff and a confidentiality provision.

4.     The parties agree that the Agreement represents a fair and equitable resolution and reasonable compromise. In the context of suits brought directly by employees against their employer under Section 216(b) to recover back wages for FLSA violations, the parties must present any proposed settlement to the district court, which may enter a stipulated judgment after scrutinizing the settlement for fairness. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Brooklyn Savings Bank v. O'Neil*, 324 U.S. 697 (1945) (requiring court or Department of Labor approval for FLSA settlements, and explaining the deferential standard for judicial review when the parties are represented by counsel).

5.     The Agreement is in the best interests of all the parties and has been accepted by the parties. Plaintiff and Defendants have executed the Agreement.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-2-

6.      The parties, through their respective counsel, hereby move for approval of this resolution and to dismiss this action with prejudice, on the merits and without awarding additional fees or costs to either party.

7.      Neither this joint motion nor the proposed order is intended to constitute an admission or concession by Defendants of any liability or wrongdoing.

8.      The parties respectfully request that the Court approve the terms of the Agreement because it represents a fair and reasonable resolution of bona fide disputes over alleged unpaid overtime wages under the FLSA.

9.      All the parties have been represented by competent counsel.  Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby move that Plaintiff's claims against Defendants be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

WHEREFORE, the Parties request that the Court review the Agreement and issue an Order approving it as fair and reasonable and that this case be dismissed with prejudice.  A copy of the proposed order is attached.

DATED this 11th day of May, 2011.


s/ Peter K. Strojnik                          s/ Kristy L. Peters
Peter K. Strojnik                             Neil M. Alexander
The Strojnik Firm LLC                         Laurent R.G. Badoux
Attorneys for Plaintiff                       Kristy L. Peters
                                              LITTLER MENDELSON, P.C.
                                              Attorneys for Defendants


I certify that the content of this document is acceptable to all persons required to sign the document and that authorization to electronically sign this document has been obtained.

 s/ Kristy L. Peters

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-3-

1   following CM/ECF registrants, and
    mailed a copy of same to the following if
2   non-registrants, this <u>11th</u>  day of May,
    2011:
3

4   Peter Strojnik, Esq.
    Peter Strojnik, PC
5   3030 N. Central Ave., Ste. 1401
    Phoenix, AZ 85012
6
    Peter Kristofer Strojnik
7   The Strojnik Firm LLC
    3030 N. Central Ave., Ste. 1401
8   Phoenix, AZ 85012

9   Attorneys for Plaintiff

10

11  *s/ Sandra Umber*

12  Firmwide:101507818.1 065064.1001

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600