Neil M. Alexander; AZ Bar No. 020757
nalexander@littler.com
Laurent R.G. Badoux; AZ Bar No. 020753
lbadoux@littler.com
Kristy L. Peters, AZ Bar No. 024756
kpeters@littler.com
LITTLER MENDELSON
A Professional Corporation
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: 602.474.3600
Facsimile: 602.957.1801

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikki J. Parker, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>McCarville Law Offices, PLC, an Arizona professional limited liability company; David A. McCarville, an individual,<br><br>    Defendants. | Case No. CV 10-304-PHX-JRG<br><br>**MOTION FOR LEAVE TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL** |

As set forth in the parties' Motion for Approval of Settlement (Doc. 78), the parties reached a confidential settlement agreement resolving all claims. In the Motion for Approval of Settlement, the parties request the Court's approval of the confidential settlement agreement. Accordingly, the parties hereby move the court for leave to file the confidential settlement agreement under seal for the Court to review. The parties previously filed the confidential settlement agreement as a sealed lodged proposed document. (Doc. 79). A proposed order is attached.

LITTLER MENDELSON
A Professional Corporation
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

DATED this 12th day of May, 2011.

*s/ Kristy L. Peters*
Neil M. Alexander
Laurent R.G. Badoux
Kristy L. Peters
LITTLER MENDELSON, P.C.
Attorneys for Defendants

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 12th day of May, 2011:

Peter Strojnik, Esq.
Peter Strojnik, PC
3030 N. Central Ave., Ste. 1401
Phoenix, AZ 85012

Peter Kristofer Strojnik
The Strojnik Firm LLC
3030 N. Central Ave., Ste. 1401
Phoenix, AZ 85012

Attorneys for Plaintiff

*s/ Sandra Umber*

Firmwide:101642410.1 065064.1001

-2-

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600